■ In the Matter of Tyrese C., a Person Alleged to be a Juvenile Delinquent, Appellant. [51 NYS3d 399]—

Order of disposition, Family Court, New York County (Adetokunbo Fasanya, J.), entered on or about February 25, 2016, which adjudicated appellant a juvenile delinquent upon his admission that he committed an act that, if committed by an adult, would constitute the crime of assault in the third degree, and placed him on probation for a period of 12 months, unanimously affirmed, without costs.

The court providently exercised its discretion when it denied appellant's request for an adjournment in contemplation of dismissal. Probation was the least restrictive dispositional alternative consistent with appellant's needs and the community's need for protection (*see Matter of Katherine W.*, 62 NY2d 947 [1984]). The court reasonably found that the level and duration of supervision afforded by a probationary disposition was necessitated by the seriousness of the underlying act of violence and appellant's behavioral issues, including marijuana abuse. Concur—Sweeny, J.P., Gische, Kahn and Gesmer, JJ.